USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1687 RONALD L. BORDEN, Plaintiff, Appellant, v. KEVIN G. MURPHY, ETC., ET AL., Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] Before Stahl, Circuit Judge, Coffin, Senior Circuit Judge, and Lipez, Circuit Judge.   Ronald L. Borden on brief pro se. March 16, 1999    Per Curiam. Having carefully reviewed the judgment in light of appellant's brief on appeal, and the entire record below, we affirm the judgment substantially for the reasons stated in the district court's Memorandum of February 25, 1998, and the Order of Dismissal of May 6, 1998. Affirmed. See Loc. R. 27.1.